IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| QUINCY A. ASBURY, SR. and <br> LILLIE ASBURY, | ) <br> ) <br> ) | |
| Plaintiffs, | ) <br> ) | 07 C 3999 |
| vs. | ) <br> ) | Judge Leinenweber <br> Magistrate Judge Nolan |
| PENTAGROUP FINANCIAL, LLC, | ) <br> ) | |
| Defendant. | ) | |

## NOTICE OF DISMISSAL

   Pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), Plaintiffs Quincy A. Asbury, Sr. And Lillie Asbury hereby dismiss their claims with prejudice and with each party to bear their own costs and fees.


Respectfully submitted,

**QUINCY A. ASBURY, SR.
LILLIE ASBURY**

By: s/Francis R. Greene
   One of His Attorneys

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Francis R. Greene
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle St.-18th Floor
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 (FAX)

1

## CERTIFICATE OF SERVICE

I, Francis R. Greene, hereby certify that on September 28, 2007, I filed the foregoing document with the Clerk of the Court using the CM/ECF System, which sent notification of such filing to the following party:

Stephen D. Vernon
svernon@hinshawlaw.com

s/Francis R. Greene
Francis R. Greene
