## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Harry D. Leinenweber | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 3999 | **DATE** | 10/2/2007 |
| **CASE TITLE** | Quincy A. Asbury, Sr, et al vs. Pentagroup Financial | | |

**DOCKET ENTRY TEXT**

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(i), plaintiffs Quincy A. Asbury, Sr., and Lillie Asbury hereby dismiss their claims with prejudice and with each party to bear their own costs and fees.

Docketing to mail notices.

| | Courtroom Deputy Initials: | WAP |
|---|---|---|